DAVID R. SIDRAN, ESQ. (CSB #121063)
TOSCHI, SIDRAN, COLLINS & DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Tel: (510) 835-3400
Fax: (510) 835-7800

Attorneys for Defendant,
UNITED ROAD SERVICES, INC.

UNITIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| LEONEL LOPEZ BALLESTEROS, MARIA S. CHAVEZ, and MILTON LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT M. MILLER, URS AUTO TRANSPORT, UNITED ROAD SERVICES, INC., and DOES 1 TO 20,<br><br>Defendants. | Case No. 2:07-CV-00455-FCD-EFB<br><br>**STIPULATION TO TRANSFER MATTER TO STATE COURT** |

The parties, plaintiffs LEONEL LOPEZ BALLESTEROS, MARIA S. CHAVEZ, and MILTON LOPEZ ("Plaintiffs") and defendant UNITED ROAD SERVICES, INC. ("Defendant"), by and through their counsels of record, stipulate as follows:

**WHEREAS**, Plaintiffs filed a Complaint ("Complaint") in the San Joaquin County Superior Court on March 2, 2006, Case No. CV028728;

**WHEREAS**, this matter was stayed in the San Joaquin County Superior Court and transferred to the U.S. District Court for the Eastern District of California, Sacrament Division, on March 9, 2007;

/ / /

**WHEREAS**, the parties have agreed that in the interests of economy and to prevent undue burden on the parties associated with travel and other costs incident to litigation, the parties hereby stipulate to transfer this matter back to the San Joaquin County Superior Court and lift the stay imposed therein.

**IT IS SO STIPULATED**.

DATED: August____, 2007         TOSCHI, SIDRAN, COLLINS & DOYLE
                                A Professional Corporation


                                By: _____/s/_____
                                        DAVID R. SIRDAN
                                     Attorneys for Defendant,
                                       URS MIDWEST INC.


DATED: August _____, 2007       LAW OFFICE OF PHILLIP G. SVALYA, INC.



                                By: _____
                                        PHILLIP G. SVALYA
                                     Attorneys for Plaintiffs,
                                   LEONEL LOPEZ BALLESTEROS,
                                     MARIA S. CHAVEZ, and
                                        MILTON LOPEZ.


**ORDER**

**IT IS SO ORDERED**.

DATED: November 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE